UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61831-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RBF TRUST LLC, *et al.*,

    Defendants.
_____/

## **UNOPPOSED MOTION TO STAY TRIAL AND OTHER DEADLINES**

Plaintiff, the Securities and Exchange Commission (the "Commission"), by its undersigned counsel, and with the consent of *pro se* Defendants Paulo Fernando De Bastos and Joao Pedro Fonseca (collectively the "Defendants"), moves the Court for an order staying the trial scheduled for the two-week Calendar beginning July 14, 2025, and all other deadlines in this case, by **90 days**.

The Defendants have executed documents which, if accepted by the four-member Commission in Washington, D.C., would resolve all pending claims against Defendants in this case and obviate the need for a trial. The Commission's staff does not have authority to bind the Commission to any settlement or other resolution, and must submit its recommendations for review of certain offices and Divisions within the Commission, and the four-member Commission for approval. If approved by the Commissioners, the proposed settlements will fully resolve the Commission's case against the Defendants. Accordingly, the Commission requests the stay to enable the Commission staff to submit the proposed settlements for review.

1

WHEREFORE, the Commission respectfully requests that the Court grant the motion. A proposed Order is being submitted.

June 11, 2025

Respectfully submitted,

<u>By: /s/ Pascale Guerrier</u>
Pascale Guerrier
Senior Trial Counsel
Fla. Bar No. 22590
Direct Dial: (305) 982-6301
Email: guerrierp@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4146

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the below *pro se* defendants via email.

By:   /s Pascale Guerrier
Pascale Guerrier

**SERVICE LIST**

Paul De Bastos
350 Chemin Du Pre Neuf
Apt: #38118
38350 La Mure D'Isere
FRANCE
Paul16329@yahoo.com

Joao Pedro Fonseca a/k/a Joao Pedro Fonseca De Bastos
2 Impasse de la Brosse
03110 St Didier La Foret
FRANCE
Joaopedrofonseca130776@gmail.com